

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| THADOUS LANCER MATTHEWS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 0:16-3984-MGL |
| | § | |
| NANCY A. BERRYHILL, Acting | § | |
| Commissioner of Social Security, | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney

fees in the amount of $4,669.38 Dollars in attorney fees and $16.00 in expenses under the Equal

Access to Justice Act, 28 U.S.C. § 2412(d). Defendant does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is

the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 22nd day of May, 2018, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE